

**Catherine**

Mar 16, 2021 at 9:44 AM

> Have a patient here not checked for Revita. I'm seeing quite a bit of those

> so I won't be able to use it! Medicare with secondary

Yes you can use it!

> sure??

Yes! Always!

> okkk

Medicare always covered

EXHIBIT 3