11:22



Catherine

> Good morning!
> Todays approvals at 100%
> 
> 100%/scalp/▮
> 100/ nasal/▮
> 100%/forehead/▮
> 100/pretibial,▮
> 100/scalp/▮
> 100/cheek/▮
> 100/chest/▮
> 100/antihelix/▮
> 100/▮ forearm

Apr 14, 2021 at 8:23 AM

> Good morning! ▮ is approved 100% today

Apr 15, 2021 at 9:08 AM



> Todays approvals
> 100 ▮ /helix
> 100/▮ /cheek
> 100/▮ /cheek
> 100/▮ /temple

Apr 15, 2021 at 10:13 AM

iMessage

EXHIBIT 4