12:46

## New iMessage                                    Cancel

To: **Ricky Palmer-StimLabs**

> Good morning. Sorry to bother you but I heard that Ascent and other products like it will no longer be covered by Medicare after
> May of this year....?

Good morning! Not true. The FDA discussed removing certain products that don't meet the 361 guidelines (minimal manipulation) Some companies are removing some of their products from the market (like MiMedx) John Daniel was in the 361 space before the FDA was. We're very confident in ascent and Corplex P after May 31. 😎

EXHIBIT 5