# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ALPESH D. DESAI, DO, P.A. D/B/A
HEIGHTS DERMATOLOGY,

    Plaintiff,

v.

STIMLABS, LLC,

    Defendant.

Case No. 1:25-cv-02566-TWT

## DEFENDANT STIMLABS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel of record for Defendant StimLabs, LLC ("StimLabs") certifies as follows:

1. The following is a full and complete list of all parties to this action, including any parent corporation of StimLabs and any publicly held corporation that owns 10% or more of the stock of StimLabs:

    a) Alpesh D. Desai, DO, P.A. d/b/a Heights Dermatology ("Heights Dermatology"); and

    b) StimLabs.

StimLabs does not have a parent corporation and no publicly held companies own 10% or more of the stock of StimLabs.

2. The following is a full and complete list of all persons, associations, firms, partnerships, or corporations known to StimLabs to have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a) Heights Dermatology; and

    b) StimLabs.

3. The following is a complete list of each person serving as a lawyer on behalf of StimLabs in this proceeding:

    a) W. Jerad Rissler

    b) Jason E. Bring

    c) T. Chase Ogletree

The following is a complete list of each person serving as a lawyer on behalf of Plaintiff in this proceeding:

    a) Ellen H. Persons

    b) Stephen D. Bittinger

    c) Melissa M. Yates

4928-7296-4680.v1

4. The following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

Heights Dermatology is a Texas professional association with its principal place of business in Harris County, Texas. (Compl. [ECF 1] ¶ 10.)

StimLabs is a Georgia limited liability company. The citizenship of limited liability companies for diversity jurisdiction purposes is determined by the citizenship of its members—in other words, a limited liability company is a citizen of every state that any member is a citizen of. *Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017). At least one of StimLabs' members is a citizen of Texas. Thus, there is not complete diversity in this case and federal jurisdiction is not appropriate absent some other jurisdictional basis that has not been pled (e.g., federal question jurisdiction).

Respectfully submitted this 9th day of June 2025 by:

>ARNALL GOLDEN GREGORY LLP
>
>*/s/ W. Jerad Rissler*
>W. Jerad Rissler
>Georgia Bar No. 142024
>Jason E. Bring
>Georgia Bar No. 82498
>T. Chase Ogletree
>Georgia Bar No. 579860
>
>171 17th Street, N.W.
>Suite 2100
>Atlanta, Georgia 30363
>Telephone: (404)-873-8780
>jerad.risler@agg.com
>jason.bring@agg.com
>chase.ogletree@agg.com
>
>*Counsel for Defendant Stimlabs, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this Certificate of Interested Persons and Corporate Disclosure Statement has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C), namely, Times New Roman (14 point).

Respectfully submitted, this 9th day of June 2025.

*/s/ W. Jerad Rissler*
W. Jerad Rissler

4928-7296-4680.v1