# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ALPESH D. DESAI, DO, P.A. D/B/A HEIGHTS DERMATOLOGY,<br><br>Plaintiff,<br>v.<br><br>STIMLABS, LLC<br><br>Defendant. | Case No. 1:25-cv-02566-TWT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Alpesh D. Desai, DO, P.A. d/b/a Heights Dermatology, pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Stimlabs, LLC, without prejudice.

Submitted this 1st day of July, 2025.

By: /s/ *Ellen H. Persons*
Ellen Persons
Georgia Bar No. 930133
Polsinelli PC
1201 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309
Telephone: (404)-253-6048
Facsimile: (404)-506-9142
epersons@polsinelli.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I filed the foregoing via this Court's CM/ECF electronic filing system, which served all counsel of record.

*/s/Dmitry Shifrin*
Dmitry Shifrin